IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01779-BNB

ROBERT CHARLES HOPES, JR.,

    Plaintiff,

v.

R. BAUER, Health Service Administrator,
M. SCHAPAUGH, Assistant Health Service Administrator,
J. JONES, Associate Warden,
DR. J. LORINCZ, Dentist, DMD,
R. WILEY, Warden,
T. O. MANSPEAKER, Senior Officer Specialist,
T. NIX, Senior Officer Specialist,
OFFICER TELLIZ, Senior Officer,
MS. GREENWOOD, Assistant Health Service Administrator,
NONA GLADBACH, Nurse Practitioner,
A. OSAGIE, Physicians [sic] Assistant,
D. SCHIEFELBIEN, Physicians [sic] Assistant,
J. WELLS, Health Tech,
J. HARRIS, Health Tech,
B. DALGLIESH, Health Tech,
MS. MITCHELL, PHS,
L. MCDERMOTT, MRAS, and
Y. FETTERHOFF, MRAS,

    Defendants.


FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2008

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff, Robert Charles Hopes, Jr., is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. Mr. Hopes filed *pro se* a Prisoner Complaint pursuant to ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971); 28 U.S.C. §§ 1331, 1346, 1657, and 2671-

2680; and 18 U.S.C. §§ 241, 242, and 245. He asked for money damages and declaratory and injunctive relief.

On September 8, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Hopes to file within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and that alleged each Defendant's personal participation in the asserted claims. Magistrate Judge Boland warned Mr. Hopes that if he failed to comply with the September 8 order within the time allowed, the complaint and the action would be dismissed without further notice. In response to the September 8 order, Mr. Hopes filed letters with the Court but failed within the time allowed to comply with directives of the September 8 order. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure within the time allowed to comply with the September 8, 2008, order for an amended complaint.

DATED at Denver, Colorado, this 20 day of Oct. , 2008.

BY THE COURT:

Zita Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01779-BNB

Robert C. Hopes, Jr.,
Reg. No. 04249-180
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/2/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk